**FILED**

**MAY - 1 2018**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSUELO JORDAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-0956 (UNA) |
| ) | |
| U.S. EQUAL EMPLOYMENT OPPORTUNITY ) | |
| COMMISSION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

This matter is before the Court on consideration of the plaintiff's application to proceed *in forma pauperis* and her *pro se* complaint. The Court will grant the application and dismiss the complaint.

The plaintiff's claims appear to arise from the handling of an employment discrimination claim brought before the Equal Employment Opportunity Commission. Because "Congress has not authorized, either expressly or impliedly, a cause of action against the EEOC for the EEOC's alleged negligence or other malfeasance in processing an employment discrimination charge," *Smith v. Casellas*, 119 F.3d 33, 34 (D.C. Cir. 1997) (per curiam) (citations omitted), the Court will dismiss the complaint without prejudice, *see Jordan v. EEOC*, No. 17-cv-1473, 2017 WL 3493122, at *1 (D.D.C. Aug. 11, 2017). An Order consistent with this Memorandum Opinion is issued separately.

DATE: April 30, 2018

_____
United States District Judge